IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA

SAMDREKUS BESTER, #240085
plaintiff,

v.

DUSTIN WARD, TRINITY McGILL
defendants,

CIVIL # ??
7:19-CV-1610-ACA-SGC

42 U.S.C. 1983
Civil Rights Action

Your Honor, Mr. Bester is appearing Pro'Se in the above matter requesting this most Honorable Court to Grant my 42 U.S.C. 1983 Action that I'm filing Pro'Se in this format as it is virtually impossible to get to a law library here at Bibb Prison due to constant lockdowns, short of officers and lack of law library supplies here.

## VENUE

This claim occured at Limestone Correctional Facility, Alabama so Venue and Jurisdiction is appropriate

## Previous lawsuits

No other lawsuit has been filed in any court in the United States regarding these matters.

I don't have 3 strikes against me in the Federal Courts, so by law I am allowed to proceed INFORMA PAUPERAS in this matter.

## INFORMA PAUPERAS
## "Poor Persons Fee"

Your Honor. I am not Rich, I don't own any property, vehicles, land, houses, bank accounts or anything of value to sell to pay for a lawyer and the filing fee up front.

I don't get a lot of money sent to my books anymore as I don't have a lot of support out there.

Please send a order along with a case # back to me for the Business office to sign and certify of my last 6 months account balance so that I can somehow submit the partial filing fee you are going to order me to pay to pursue this non Frivilous 1983 Action.

I declare under the penalty of perjury that this statement is true; correct and that I want to file the fee so that I can move forward here.

Date - 9-30-2019          Samdrekus Bester
                          Samdrekus Bester

PARTIES

Plaintiff: Samdrevius Bester (Prison)
565 Bibb lane
Brent, Alabama 35034

Defendants: Dustin Ward; Trinity McGill
Correctional Officers
Limestone Correctional Facility
28779 Nick Davis Rd. Harvest, Al 35749

Both defendants are being sued Jointly; Severally in there individual capacities for punitive damages and any other relief allowed by this court and the 11th Amendments of the U.S.C. for A.D.O.C. officials being sued for deliberate indifference to my safety, well being and 8th Amendment Right to be free from Cruel and unusual punishment.

I want a trial by Jury for damages in monetary value of up to $10,000,000.00 (Ten Million dollars) for the pain and suffering I endured from these unneccessary use of excessive force claims.

## CLAIM #1

Unneccessary use of excessive force 8th Amendments violation to my Rights under the U.S.C. to be free from cruel and unusual punishment

## STATEMENT OF CLAIM

On that night of Jan 23, 2019, It was my turn to take a shower and C.O. Dustin T. Ward approached my door letting me know it was time. I'm listening to hear for the keys being turned in the door, basicly indicating that he wasn't going to put the cuffs on me tonight (sometimes they don't cuff certain inmates during shower time; sometimes they do and when they do, they 100% cuff inmates from the front prior to 1-23-2019); at the same time gathering my shower things together. So C.O. Dustin T. Ward let's me know the cuffs are going on. While handcuffing me from the front, C.O. Dustin Ward pulled both of my arms in a playing/angrily while unconsciously unaware of clicking the left cuff in on me. As I turn around to head to the top of my bunk where my shower things was, I lifted up toward the top bunk; the left handcuff came loose, because C.O. Dustin T. Ward never locked them in together, neither looked or checked to see if they was secured on correctly while handcuffing me from the front. So I step out of (15-cell) my cell now in front of 16-cell I stopped walking before we went any futher and initiated to C.O. Dustin Ward that my left cuff wasn't on and showed it to him to let him know that he's made an honest mistake and without saying anything C.O. Dustin Ward push my head to the door-

(16-cell) and started punching me in the head & face. By that time C.O. Trinity McGill came running toward us, I dropped to the ground letting them know that I didn't want any trouble and I balled up protecting my face & body from the viesious blows that came from C.O. Ward & C.O. McGill. Then I was denied shower & told to get the fuck up & go in my cell before the whopped my ass again. Afterward, McGill comes over & say that he would ride with C.O. Ward whatever he does, right or wrong & that they went to the same ADOC training academy. C.O. Dustin Ward comes back over any say's that's for the maintenance man. I waited till a whole another shift because C.O. Ward said that he was sending over a nurse for a body chart and which it never came and while waiting I've seen the C.O.'s converse with each other conspiring on that A/B-day shift ending & begginning. I felt protected when a whole different shift came to work. It was 48 to 60 hours later when I got a body chart or longer. Officers never wrote me up or sent me to medical per D.O.C. Policy. They tried to cover it up. I even decided to write the Captain/Warden complaining of C.O. Ward & McGill use of excessive force on me for no reason other than to hurt me, and for the maintenance man as some type of retaliation because officers Ward & McGill were saying "that's for the Maintenance man" after I was assaulted

    Well about 48 to 60 hours later I recieved an disciplinary & taken to medical after talking to the captain & listening to my witnesses.

These officers, Sgts, Lt's and Warden plotted, conspired and schemed to somehow cover this up but it doesn't work because by D.O.C. Policy I should never have been let out a cell cuffed to the front with only one officer escorting me. Number 2, a body chart was to be done immediately after the use of force was used but it wasn't done. In fact nothing was done per policy of A.D.O.C. that night. I begged for medical care for 2 days to every shift but nobody would take me to medical. I thought my ribs and wrist was broken, that's how swollen up & sore I was.

## CLAIM #2
Inadequate/Denied Medical Care
8th Amendment right to be free from cruel and unusual punishment.

Officer Ward and McGill did violate my right to adequate medical care by not sending me to medical for treatment and body chart after they both used unnecessary use of force excessively on me. Both officers assaulted me, threw me in a cell and locked the door while I suffer in pain for 2½ days with no medical care. I had to write the Captain for help & assistance and it turned into a Bogus Disciplinary charge to try & cover up the unneccessary use of force done on me. I have a right to adequate medical care for my illness & injuries and these rights were deliberatly violated by Ward and McGill when the both choose to assault me

and hide me in a cell with no medical care.

Witnesses have wrote sworn Declarations for me and they are attached as "Exhibit A"

Both defendants chose to deliberately hurt me by assaulting me in a defenseless position and both defendants chose to throw me in a cell to try and cover it up with no body chart and paperwork.

Verification

I Samdrehus Bester do declare under penalty of perjury that the foregoing is true and correct so help me God and this lawsuit is not frivilous, It's very Real!

Respectfully Submitted
Samdrehus Bester
*Samdrehus Bester*
09-30-2019

Certificate of Service

I Samdrehus Bester did on this 30th day of September 2019 mail a copy of lawsuit to 1729 5th Ave North, B'ham, Alabama 35203 and the A.D.O.C. legal division

Wednesday March 6, 2019

TO: Warden Patrick ; Estes
TO: Captain Robinson ; Langford

On Wednesday 3-6-2019 LT. Tolbert (Disciplinary Hearing officer) call for me (Inmate 240085, Samdrenus Bester) so that I could have my hearing (My due process has been violated). Inside the hearing, Central Control was telephoned out of Dormitory E between the hours 2p.m ; 4p.m. to locate Correctional officer Dustin Ward. My first complaint is when LT. Tolbert tried manipulating me by reading the postponement date on the ADOC Form 403-D-June 4, 2013 saying it was the 20th of February. I corrected him & told him that it was postponed on 2-22-2019 and I've already let Warden Patrick know through a letter I wrote & sent to him aswell I ; I. My second complaint is at my hearing I asked LT. Tolbert can C.O. Ward be present during the swearing in process only to be told that he didn't and wasn't going to swear neither of us in. My third complaint came when Central Control located C.O. Dustin Ward on the phone. LT. Tolbert wouldn't put C.O. Ward on speaker phone so that I could hear him answer my questions & LT. Tolbert covered up the answers that he was writing so that I couldn't see. You can witness all of this by pulling up that phone record that day ; date. I asked C.O. Ernest Sterling could he sit in during the hearing and I was denied because of his rank. I'm asking for my disciplinary (505) to be dismissed due to due process ; violation of AR-403 June 4, 2013, unfairness, bias, racism, prejudice ; conspiracy against Inmate 240085

Samdrenus Bester
Samdrenus Bester
240085

Wednesday
March 6, 2019

TO: Warden Patrick Estes
To: Captain Robinson, Lanford

On Wednesday 3-6-2019 LT. Tolbert (Disciplinary hearing officer) call for me (inmate 240085 Samdrenus Bester) so that I could have my hearing (My due process had been violated). Inside the hearing, Central Control was telephoned out of Dormitory E between the hours 2p.m.; 4p.m. to locate Correctional officer Dustin Ward. My first complaint is when LT. Tolbert tried manipulating me by reading the postponement date on the ADOC Form 403-D-June 4, 2013 saying it was the 20th of February. I corrected him & told him that it was postponed on 2-22-2019 and I've already let Warden Patrick know through a letter I wrote & sent to him aswell I ; I. My second complaint is at my hearing I asked LT. Tolbert can C.O. Ward be present during the swearing in process only to be told that he didn't and wasn't going to swear neither of us in. My third complaint came when Central control located C.O. Dustin Ward on the phone. LT. Tolbert wouldn't put C.O. Ward on on speaker phone so that I could hear him answer my questions & LT. Tolbert covered up the answers that he was writing so that I couldn't see. You can witness all of this by pulling up that phone record that day/date. I asked C.O. Ernest Sterling could he sit in during the hearing & I was denied because of his rank. I'm asking for my disciplinary (505) to be dismissed due to due process & violation of AR-403 June 4, 2013, unfairness, bias, racism, prejudice, conspiracy against Inmate 240085

Did you plea chose
Guilty to the chose
on March 6, 2019
Warden Rull

Samdrenus Bester
Samdrakus Bester
240085

I M.Wilson was looking out the window of my door. I didn't hear anything said between but it looked like they was playing around. Then all sudden the officer shoved the inmate head first into my cell door. He then tripped him to the ground punched him in the side of the head and in his side. I balked away from the door at that point. He never showed any type of threat towards the officer.

A I S# 243846

I Inmate Jacob Crawley A.I.S #263736 am writing to say that I am witness to C.O. Ward & C.O. McGill assalting inmate Sandrekus Bester A.I.S #240085. I was in the end showing when this happened waiting for a C.O. to unlock the cage and let me out when I seen inmate Bester #240085 step a couple of feet out his door heading towards the showers with his towel in hand and C.O Ward pushed his head against the wall or it could have been the door & started hitting the inmate & threw the inmate down & started kicking & hitting him and at that time C.O. McGill joined in.

Jacob Crawley
263736
1-25-19