
# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **SAMDREKUS BESTER,** ) | |
| **AIS # 240085,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO.:** |
| ) | **7:19-CV-1610-ACA-SGC** |
| **DUSTIN WARD, et al.,** ) | |
| ) | |
| Defendants. ) | |

## ANSWER

COME NOW, Defendants, Officer Dustin Ward and Officer Trinity McGill, through undersigned counsel, and respond to the Plaintiff's Complaint as follows:

1. Defendants deny each and every material allegation asserted in the Complaint and demand strict proof thereof.

2. Defendants deny violating Plaintiff's constitutional rights and demand strict proof thereof.

3. Plaintiff's complaint fails to state any claim upon which relief can be granted against Defendants.

4. Plaintiff has failed to allege facts sufficient to support an excessive force claim against Defendants.

5. Plaintiff has failed to allege facts sufficient to support a failure to protect claim against Defendants.

6. Plaintiff has failed to allege facts sufficient to support a failure to provide medical treatment claim against Defendants.

7. Plaintiff has failed to sufficiently plead any issues with particularity against Defendants.

8. This Court lacks jurisdiction, as Defendants are immune from suit.

9. Defendants named in their official capacities are immune by virtue of sovereign immunity and Eleventh Amendment immunity.

10. Defendants assert that they are each entitled to absolute immunity under the Sovereign Immunity provision of the Alabama Constitution.

11. Defendants are each immune from liability based on State-agent immunity and/or discretionary function immunity.

12. Defendants assert that they are each absolutely immune from suit under the Eleventh Amendment to the Constitution.

13. Defendants also assert they are each immune based on Qualified Immunity.

14. Defendants deny that the Plaintiff is entitled to damages or any other relief requested and demand strict proof thereof.

15. Defendants are not guilty of the things and matters alleged in Plaintiff's Complaint.

16. The Plaintiff has failed to mitigate his damages.

17. Defendants cannot be held liable under the theory of respondeat superior.

18. Plaintiff is generally not entitled to be awarded punitive damages relating to any claims against the Defendants.

19. Any award of punitive damages in this case against the Defendants would violate their constitutional rights under the United States and Alabama Constitution.

20. Plaintiff is not entitled to punitive damages because the Defendants did not engage in any conduct with malice or reckless indifference to the Plaintiff's alleged federally protected rights.

21. Defendants assert that the Plaintiff's claims for compensatory and punitive damages are limited by the statutory caps set forth in 42 U.S.C. § 1981a.

22. Defendants reserve the right to assert additional defenses as discovery progresses.

Defendants request that this Court consider the Defendants' Special Report filed contemporaneously herewith as a Motion for Summary Judgment as the parties

have submitted affidavits in support of their positions and there are no material disputes of fact.

        Respectfully submitted,

        STEVE MARSHALL
        ATTORNEY GENERAL

        /s/ Neva C. Conway
        NEVA C. CONWAY
        Assistant Attorney General
        Counsel for Defendants

OF COUNSEL:
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL  36130
(334) 242-7374
Neva.Conway@AlabamaAG.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2020, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, and that I have further served a copy on the Plaintiff, by placing same in the United States Mail, postage prepaid, and properly addressed as follows:

    Samdrekus Bester, AIS #240085
    Ventress Correctional Facility
    379 Alabama Highway 239, North
    Clayton, AL 36016

        /s/ Neva C. Conway
        OF COUNSEL