FILED
2021 Jun-17 PM 01:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **SAMDREKUS BESTER,** ) | |
| **AIS # 240085,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO.:** |
| ) | **7:19-CV-1610-ACA-SGC** |
| **DUSTIN WARD, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

COMES NOW Assistant Attorney General Sara M. (Peggy) Rossmanith, and respectfully asks this Court's permission to substitute her as counsel of record for the Defendants, Officer Dustin Ward and Officer Trinity McGill, and, as grounds, states as follows:

The Defendants' current attorney of record, Neva C. Conway, is no longer employed by the State of Alabama Attorney General's Office.

Respectfully submitted,

STEVE MARSHALL
Attorney General

*/s/ Peggy M. Rossmanith*
SARA M. (PEGGY) ROSSMANITH
Assistant Attorney General

ADDRESS OF COUNSEL
Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130
(334) 242-7300 (T)
(334) 353-8400 (F)
Sara.rossmanith@Alabamaag.gov

## CERTIFICATE OF SERVICE

I hereby certify that I have on June 17, 2021, electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF electronic filing system and that I have further served a copy on the Plaintiff, by placing same in the United States Mail, postage prepaid, and properly addressed as follows:

Samdrekus Bester, AIS #240085
Donaldson Correctional Facility
100 Warrior Lane
Bessemer, AL  35023

>*/s/ Peggy M. Rossmanith*
>SARA M. (PEGGY) ROSSMANITH
>Assistant Attorney General