UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| SAMDREKUS BESTER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 7:19-cv-01610-ACA-SGC |
| DUSTIN WARD, et al., | ) |
| Defendants. | ) |

**MEMORANDUM OPINION AND ORDER**

On June 15, 2021, the magistrate judge entered a report recommending that court grant in part and deny in part the defendants' motion for summary judgment. (Doc. 22). Specifically, the magistrate judge recommended denying summary judgment on Plaintiff Samdrekus Bester's Eighth Amendment excessive force claim but granting summary judgment on his Eighth Amendment deliberate indifference to serious medical needs claim. (Doc. 22). Although the parties were advised of their right to file specific written objections within fourteen days, the court has not received any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** her recommendation. Accordingly, the court **DENIES** the defendants' motion for summary judgment as to Mr. Bester's

Eighth Amendment excessive force claim and **REFERS** the claim to the magistrate judge for further proceedings. The court **GRANTS** the defendants' motion for summary judgment as to Mr. Bester's Eighth Amendment deliberate indifference to serious medical needs claim.

The court will enter a separate partial judgment consistent with this order.

**DONE** and **ORDERED** this July 27, 2021.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE