Samdrekus Bester
Ais# 240085  Bed# I1-8A
Fountain Correctional Facility
Atmore, Alabama 36503

Office of the Clerk of the
United States District Court For
The Northern Division
Hugo L. Black United States Courtroom
1729 5th Avenue North
Birmingham, Alabama 35203-2037

In Re: Civil Action No:
7:19cv-1610

Dear Clerk,
I received to Order dated 07-27-21. And, in response to that order of the Court, i would like to know of any action taken by the Court as of this date and I would also ask if, there is any action I need to take concerning that particular order of 07-27-21. And, if so. Please inform me of what I must do in a timely manner. I would like to thank you for your time and patients.

Sincerely,
Sandrekus Bester #240085

Bandrekus Bester #240085
H.K. Fountain Corrections
3800 Fountain
Atmore, Alabama 36503

MOBILE AL 366
18 AUG 2021 PM 2 L

This Correspondence is forwarded from an Alabama State ... not been evaluated and ... Corrections is not responsible for ... or content of the enclosed communication

United States District Court
Office Of The Clerk
Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, Alabama 35203

Legal mail

35203-203799