UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| SAMDREKUS BESTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 7:19-cv-1610-ACA |
| | ) |
| DUSTIN WARD, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On June 15, 2022, the court held a telephonic pretrial scheduling conference in this case. At the conference, Plaintiff Samdrekus Bester was argumentative and disruptive and demanded the court grant him an extension of the trial date to find counsel notwithstanding the fact that Mr. Bester has had since 2019 to retain counsel and discovery ended twenty months ago. On two occasions, the undersigned instructed Mr. Bester that the court would not tolerate his inappropriate conduct. Mr. Bester ended his participation in the teleconference by abruptly hanging up the phone before the court adjourned.

Under Federal Rule of Civil Procedure 41(b), the court may dismiss an action for a plaintiff's failure to comply with a court order. The court also has inherent authority to manage its own docket. *Betty K Agencies, Ltd. v. M/V MONADA*, 432 F.3d 1333, 1337 (11th Cir. 2005). The sanction of dismissal of a lawsuit is

permissible if a party "engages in a clear pattern of delay or willful contempt (contumacious conduct)" and the court "specifically finds that lesser sanctions would not suffice." *Id.* at 1338 (quotation marks omitted).

Mr. Bester's conduct during the pretrial scheduling conference was unacceptable. The court cannot and will not tolerate the same conduct during the remaining pretrial proceedings and the trial. Mr. Bester may disagree with the court's denial of his motion for appointment of counsel and any other ruling, but he must exhibit an appropriate demeanor when interacting with this court, defense counsel, and the jury. If Mr. Bester is unable to behave in an appropriate manner, the court will sanction him as necessary, up to and including dismissal of the case with prejudice.

**DONE** and **ORDERED** this June 15, 2022.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE